No. 482.—Santini Fertilizer Co., Inc., peticionaria, *v.*

CORTE DE DISTRITO DE SAN JUAN, DISTRITO SEGUNDO, demandada.—*Certiorari.* Julio 30, 1925.

POR CUANTO, el peticionario, como acreedor de Modesto G. Capiel embargó en la Corte de Distrito de San Juan, Segundo Distrito, cierta propiedad del deudor;

POR CUANTO, Federico García Dávila, como tercerista, hizo que dicha propiedad fuera traspasada a él mediante la prestación de una fianza al márshal de dicha corte;

POR CUANTO, el peticionario radicó una solicitud de *injunction* contra dicha tercerista y el referido márshal, y la corte libró un *injunction* preliminar con una orden para mostrar causa por qué no debía de hacerse permanente;

POR CUANTO, el peticionario enmendó subsiguientemente su demanda de *injunction* y la corte, según el peticionario, considerando que se determinaba una nueva causa de acción, disolvió el *injunction* preliminar;

POR CUANTO, procede una apelación contra la orden de la corte disolviendo el *injunction;*

POR CUANTO, no consta que el peticionario no puede recobrar daños, ya del márshal o del tercerista, o que se causará daños irreparables;

POR CUANTO, no estamos satisfechos de que la corte inferior incurrió en error;

POR CUANTO, no estamos satisfechos por otra parte en que el peticionario no tiene un remedio adecuado en el curso ordinario de la ley;

POR TANTO, *se anula* el auto de *certiorari* expedido y ordena se devuelva el pleito original con certificación de esta sentencia a la Corte de Distrito de San Juan, Segundo Distrito.